# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: CR 11-641-R |
|---|---|
| Plaintiff, | ) |
| vs. | ) ORDER OF DETENTION AFTER HEARING |
| Olajide Oluwaseun Noibi | ) [Fed.R.Crim.P. 32.1(a)(6); |
| | ) 18 U.S.C. 3143(a)] |
| Defendant. | ) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Central District of California</u> for alleged violation(s) of the terms and conditions of his/~~her~~ [~~probation~~] /supervised release/; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <u>nature current allegations, ties to Nigeria</u>

<u>unemployed, and absence source of income.</u>

and/or

B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: <u>nature current violations and prior violations of Supervised Release</u>

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: Jan. 24, 2012

_____
CARLA M. WOEHRLE
UNITES STATES MAGISTRATE JUDGE